

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2023

No. 04-23-00121-CR

Jason Andrew **PAUL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0811
Honorable Melisa C. Skinner, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 7, 2023.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2023.

Michael A. Cruz, Clerk of Court